RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/15/16
BY MB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GOLDEN NUGGET LAKE CHARLES, L.L.C. f/k/a Ameristar Casino Lake Charles, LLC, f/k/a Creative Casinos of Louisiana, L.L.C., <br><br> Plaintiff, <br><br> versus <br><br> W. G. YATES & SONS CONSTRUCTION COMPANY, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 2:15-cv-02751 <br><br> JUDGE JAMES T. TRIMBLE, JR. <br><br> MAGISTRATE JUDGE KATHLEEN KAY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Certify Decision for Immediate Appeal:

IT IS HEREBY ORDERED that on the prior Judgment of this Court dated and entered March 8, 2016, it appearing to the Court that there is no just reason for delay in entering a final appealable judgment on the aforesaid decision, pursuant to F.R.C.P. Rule 54(b).

IT IS FURTHER ORDERED that a final appealable judgment be entered herein on the aforesaid decision [Doc. 38].

Lake Charles, Louisiana, this 15th day of April, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE